GREENBERG TRAURIG, LLP
JEFF E. SCOTT (SBN 126308)
ScottJ@gtlaw.com
SHAUN A. HOTING (SBN 260656)
HotingS@gtlaw.com
1840 Century Park East, 19th Floor
Los Angeles, CA 90067-2121
Tel: 310-586-7700;  Fax: 310-586-7800

GREENBERG TRAURIG, LLP
STEPHEN M. ULLMER (SBN 277537)
UllmerS@gtlaw.com
Four Embarcadero Center, Suite 3000
San Francisco, CA 94111
Tel: 415-655-1300; Fax: 415-707-2010

Attorneys for Defendant
WHITEWATER WEST INDUSTRIES, LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ROYAL PRIMO CORPORATION, a California corporation; DON LEE,<br><br>　　　　　　　Plaintiffs,<br>v.<br><br>WHITEWATER WEST INDUSTRIES, Ltd., a Canadian corporation,<br><br>　　　　　　　Defendant. | CASE NO.: 3:15-cv-04391-JCS<br><br>**STIPULATION FOR EXTENSION OF TIME WITHIN WHICH DEFENDANT MAY RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>Complaint Filed:  September 24, 2015 |

TO THE COURT AND ALL INTERESTED PARTIES:

Per N.D. Cal. Local Rule 6-1, the parties stipulate to extend the deadline for Defendant to file its responsive pleading from October 20, 2015, to November 18, 2015. Plaintiff's counsel concurs in the filing of this document.

DATED: October 12, 2015                          GREENBERG TRAURIG, LLP

By: /s/ Jeff E. Scott
Jeff E. Scott
Attorneys for Defendant
WHITEWATER WEST INDUSTRIES, LTD.

DATED: October 12, 2015                          MARTIN APC

By: /s/ Kevin R. Martin
Kevin R. Martin
Attorneys for Plaintiffs
ROYAL PRIMO CORPORATION and DON LEE

I, Jeff E. Scott, am the ECF user whose ID and password are being used to file this Stipulation. In compliance with Local Rule 5.1(1)(3), I hereby attest that the concurrence of the filing of this document has been obtained from the other signatory indicated by a conformed signature (/s/) within this document.

DATED: October 12, 2015          By:    /s/ Jeff E. Scott
Jeff E. Scott

Dated: 10/13/15

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]

1

Case No.: 3:15-cv-04391-JCS
Stipulation for Extension to Respond to Plaintiffs' Complaint

LA132329073