UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYAL PRIMO CORPORATION, a California corporation; DON LEE, an individual;<br><br>  Plaintiffs,<br><br>  v.<br><br>WHITEWATER WEST INDUSTRIES, Ltd. a Canadian corporation,<br><br>  Defendant. | Case No.: 3:15-cv-04391-JCS<br><br>{**PROPOSED**} ORDER GRANTING PLAINTIFFS ROYAL PRIMO CORPORATION AND DON LEE'S REQUEST FOR LEAVE TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE<br><br>**Date: June 10, 2016**<br>**Time: 2:00 p.m.**<br>**Location: Courtroom G**<br>**Judge: Hon. Joseph C. Spero** |

IT IS HEREBY ORDERED that counsel for Plaintiffs Royal Primo Corporation and Don Lee may appear by telephone at the Case Management Conference currently scheduled for June 10, 2016 at 2:00 p.m.

Date: June 9, 2016

_____
Honorable
UNITED STATES MAGISTRATE JUDGE

[GRANTED — Judge Joseph C. Spero]

{PROPOSED} ORDER
Case No. 3:15-cv-04391-JCS

2